IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KING RANGE, JR.,<br><br>         Plaintiff,<br><br>against<br><br>BROADWAY GROUP LLC AND LUCKY BRAND DUNGAREES STORES, LLC,<br>         Defendants. | CIVIL ACTION NO.: 17 Civ. 423 (WHP) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge:

The attorneys of Black Srebnick Kornspan & Stumpf, PA are directed to change their firm and designation of email through the processes outlined by the Southern District of New York at https://www.nysd.uscourts.gov/atty-changeaddress. Their filing at ECF No. 104 is insufficient to change the noticed information.

Dated:   New York, New York
      November 13, 2019

                     SO ORDERED

                     _____
                     SARAH L. CAVE
                     **United States Magistrate Judge**