

Roy Black
Howard Srebnick
Scott A. Kornspan
Maria Neyra
Jackie Perczek
Mark A.J. Shapiro
Jared Lopez
Benjamin S. Waxman
Lance W. Shinder

Frank Sardinha, III
Michèle C. van Meeteren
Alyssa Silvaggi
Robert T. Dunlap
Donald J. Hodson
Chelsea A. Hackman
Kyle A. Johnson

*OF COUNSEL:*
Larry A. Stumpf *(retired)*

Email: *LShinder@RoyBlack.com*

**MEMO ENDORSED**

February 26, 2020

**VIA ELECTRONIC FILING ONLY**
Honorable William H. Pauley III, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

    Re:    **KING RANGE JR. V. 535 BROADWAY GROUP, LLC, et. al.**
            **Civil Action No. 1:17-cv-00423-WHP**
            **Our File No. 10130.30**

Dear Judge Pauley:

This firm represents defendant Lucky Brand Dungarees Stores, LLC (hereinafter "Defendant Lucky") in the above-referenced matter as co-counsel with the law firm of Aaronson Rappaport Feinstein & Deutsch, LLP.

In accordance with Your Honor's Individual Rules of Practice, we write to respectfully request an adjournment of the oral argument scheduled for Defendants' Joint Motion for Partial Summary Judgment, which is currently scheduled for May 15, 2020 at 11:00 AM pursuant to Your Honor's scheduling order dated December 19, 2019 (D.E. 110). I was recently informed that my youngest son, who is graduating high school, has his senior dinner on May 15, 2020.

Counsel for the Plaintiff and Co-Defendant have graciously consented to adjourn the hearing to a later date. No prior request for an adjournment of this motion has been made by any party. Accordingly, we respectfully request the oral argument be adjourned to a later date.

Thank you in advance for your courtesies.

Respecfully submitted,

| | |
|---|---|
| */s/ Nanor L. Terjanian. Esq.* | */s/ Lance Shinder* |
| */s/ Neil F. Brenes, Esq.* | Black, Srebnick, Kornspan & Stumpf, P.A. |
| Aaronson Rappaport Feinstein & Deutsch, LLP | (Admitted *Pro Hac Vice*) |
| *Attorneys for Defendant Lucky Brand Dungarees Stores, LLC* | *Attorneys for Defendant Lucky Brand Dungarees Stores, LLC* |
| 600 Third Avenue | 398 Camino Gardens Blvd., Suite 109 |
| New York, NY 10016 | Boca Raton, FL 33432 |
| Tel. (212) 593-6700 | Tel. (561) 361-6800 |

cc: Glen Parker, Esq. (Via ECF)
  Eliad Shapiro, Esq. (Via ECF).

**Application granted. The oral argument on May 15, 2020 is rescheduled to May 21, 2020 at 11:00 a.m.**

Dated: February 27, 2020
  New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.