UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------- :
KING RANGE, JR.,                          :
                                          :
                Plaintiff,                :
                                          :       17cv0423
        -against-                         :
                                          :       SCHEDULING ORDER
535 BROADWAY GROUP LLC AND                :
LUCKY BRAND DUNGAREES STORES,             :
LLC,                                      :
                                          :
                Defendants.               :
----------------------------------------- :

WILLIAM H. PAULEY III, Senior United States District Judge:

            By memo endorsement dated October 23, 2020, this Court directed the parties to

submit a joint status report by January 15, 2021.  No joint report was filed.  Instead, Defendant

Lucky Brand submitted its own status report.  Once again, the parties are directed to file a joint

report that includes Plaintiff and Co-Defendant 535 Broadway Group, LLC no later than

February 15, 2021.


Dated: January 21, 2021                         SO ORDERED:
       New York, New York


                                                _____
                                                    WILLIAM H. PAULEY III
                                                           U.S.D.J.