# PARKER HANSKI LLC

40 WORTH STREET, 10TH FLOOR
NEW YORK, NEW YORK 10013
PHONE: 212.248.7400
FAX:    212.248.5600
Contact@ParkerHanski.com

**MEMO ENDORSED**

February 12, 2021

Via ECF
The Honorable William H. Pauley, III
United States District Judge
Southern District of New York

**Re:**   *King Range, Jr. v. 535 Broadway Group LLC and Lucky Brand Dungarees Stores, LLC*

### Docket No. 1:17-cv-00423 (WHP)(SLC)

Dear Judge Pauley:

        We represent the plaintiff in the above-entitled action.  On behalf of all the parties, we write to respectfully ask the Court to extend the deadline for the parties to submit a status report from February 15, 2021 to March 15, 2021.  The reason for this request is because the parties are currently devoting their efforts toward resolving all the claims and cross-claims in this action.  Accordingly, we respectfully request this additional time to continue our efforts toward a complete and final resolution of this action.  Thank you for your time and attention to this matter.  With kindest regards, I am

very truly yours,

Application Granted.  The deadline to submit a joint status report is extended to March 15, 2021.

/s/

Glen H. Parker, Esq.

Dated: February 16, 2021
           New York New York

SO ORDERED:

WILLIAM H. PAULEY III
U.S.D.J.